FILED

B27 (Official Form27) (12/09)

2010 APR 29 AM 11: 13

# United States Bankruptcy Court
### District Of ____Maryland____

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

In re **Sherman Hill**,
       Debtor

Case No. **10-13917**
Chapter ____

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: **NASA Federal Credit Union**

2. Amount of the debt subject to this reaffirmation agreement:
   $ **4,138.11** on the date of bankruptcy  $ **4,138.11** to be paid under reaffirmation agreement*

3. Annual percentage rate of interest: _____% prior to bankruptcy
   **4.79** % under reaffirmation agreement ( **X** Fixed Rate ____ Adjustable Rate)

   *(As of Date of Reaffirmation Agreement)*

4. Repayment terms (if fixed rate): $ **312.00** per month for **14** months

5. Collateral, if any, securing the debt: Current market value: $ **11,375.00**
   Description: **2002 Infiniti QX4 Utility 4D**

6. Does the creditor assert that the debt is nondischargeable? ___Yes ___No **X** Not at this time*
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)
   *Creditor has not completed its nondischargeability analysis

| Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|
| 7A. Total monthly income from Schedule I, line 16  $ 4,585.20 | 7B. Monthly income from all sources after payroll deductions  $ 3689.20 |
| 8A. Total monthly expenses from Schedule J, line 18  $ 5,231.20 | 8B. Monthly expenses  $ 5,231.30 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J  $_____ | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses  $_____ |
| | 10B. Net monthly income  $_____ (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

B27 (Official Form27) (12/09)            Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):

_____

_____

12. Explain with specificity any difference between the expense amounts (8A and 8B):

_____

_____

If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____        _____
Signature of Debtor (only required if        Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)        required if line 11 or 12 is completed)

### Other Information

[X] Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: _____

_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
     [X] Yes           ___ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
     ___ Yes          [X] No


### FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

_Sherman Hill_
Print/Type Name & Signer's Relation to Case