Form ntcreaf

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

---

Bankruptcy Proceeding No.:   10−13917
Judge:   Wendelin I. Lipp

In Re:   Sherman Hill
Debtor(s)

---

PLEASE TAKE NOTICE that a Reaffirmation Agreement hearing will be held

at 6500 Cherrywood Lane, Courtroom 3−C, Greenbelt, MD 20770

on 6/15/10 at 03:00 PM

to consider and act upon the following:

13−Reaffirmation Agreement Between Debtor and NASA Federal Credit Union, Filed by Sherman Hill .

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 5/4/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, K Horning301−344−3393